THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALVIN JAMES JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:09-CV-98-TMH |
| ) | [WO] |
| ) | |
| STATE OF ALABAMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that this action be dismissed with prejudice as to the named defendants, and without prejudice as to the constitutional claims. The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 6th day of February, 2009.

*[signature]*
SENIOR UNITED STATES DISTRICT JUDGE